# EDWARDS ANGELL PALMER & DODGE LLP

One North Clematis Street / Suite 400  West Palm Beach, FL  33401  561.833.7700  *fax* 561.655.8719  eapdlaw.com

G.E. Young, P.A.
561.820.0244
*fax* 888.325.9190
gyoung@eapdlaw.com

December 10, 2007

**Via e-mail: DPapay@kamsoncorp.com**

Mr. Richard Kurtz
The Kamson Corporation
270 Sylvan Avenue
Englewood Cliffs, New Jersey 07632
Attention: Denice Papay

Re: Richard Kurtz/Purchase of 203 Via Vizcaya in Palm Beach, Florida – Invoice Nos. 1448851 & 1457459 of Edwards Angell Palmer & Dodge LLP

Dear Richard:

I hope this letter finds you well.

I was sorry to hear recently that you were not able to make any headway with Paul Okean on the purchase of his property and that you had abandoned hope to purchase 203 Via Vizcaya. Clearly you, the brokers and my firm and I put a considerable amount of time trying to make this deal work for you.

Enclosed is my firm's invoice no. 1457459 dated December 6, 2007. This is the first time that this invoice has been sent to you. The enclosed invoice and the firm's invoice no. 1448851 dated November 9, 2007 (which remains unpaid as of the writing of this letter) represent the entirety of our billings to you for this matter – whether our efforts were aimed at assisting Richard Russo's pursuit of the property in September/October or you on your more recent efforts.

In that you have "abandoned" this deal, we have provided a one-time, 25% discount to the fees charged on each of the foregoing invoices. The discount provided, in the amount of $5,664.24, is reflected on the *Summary Page* of the enclosed.

Please call me if you have any questions to the foregoing or the enclosed. If everything appears in order, please remit payment to the firm at your earliest convenience. With best regards, I am,

Sincerely yours,

G.E. Young, P.A.

GEY/jws
Enclosure


EXHIBIT B

PMB_344100_1.DOC

# EDWARDS ANGELL PALMER & DODGE LLP

One North Clematis Street  Suite 400  West Palm Beach, FL  33401  561.833.7700  *fax* 561.655.8719
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI  02903
Acct# 00-015-6917009
ABA Wire Transfer #  026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
EAPD DUNS# 361207116

*Remittance Address*

P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
10823 F1ALL

**Richard Kurtz**
**The Kamson Corporation**
**270 Sylvan Avenue**
**Englewood Cliffs, NJ 07632**

December 6, 2007

Kurtz Richard/Purchase 203 Via Vizcaya, Palm Beach, Florida
51048/0010
Invoice # 1457459

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $10,475.05 |
| 25% Discount on Fees (for "Abandoned" Deal): | $-5,664.24 |
| Net Legal Services: | $4,810.81 |
| Disbursements: | $797.94 |
| Total Invoice: | $5,608.75 |
| Balance Due as of December 6, 2007: | $12,667.53 |
| Total Including This Invoice: | $18,276.28 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

BOSTON | FT. LAUDERDALE | HARTFORD | MADISON | NEW YORK | PROVIDENCE
STAMFORD | WASHINGTON DC | WEST PALM BEACH | WILMINGTON | LONDON

# EDWARDS ANGELL PALMER & DODGE LLP

One North Clematis Street  Suite 400  West Palm Beach, FL  33401   561.833.7700  *fax* 561.655.8719
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI  02903
Acct# 00-015-6917009
ABA Wire Transfer #  026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
EAPD DUNS# 361207116

*Remittance Address*

P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
10823 F1ALL

**Richard Kurtz**
**The Kamson Corporation**
**270 Sylvan Avenue**
**Englewood Cliffs, NJ 07632**

December 6, 2007

**Kurtz Richard/Purchase 203 Via Vizcaya, Palm Beach, Florida**
**51048/0010**
**Invoice # 1457459**

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $10,475.05 |
| 25% Discount on Fees (for "Abandoned" Deal): | $-5,664.24 |
| Net Legal Services: | $4,810.81 |
| Disbursements: | $797.94 |
| Total Invoice: | $5,608.75 |
| Balance Due as of December 6, 2007: | $12,667.53 |
| Total Including This Invoice: | $18,276.28 |

*Remittance Copy*

BOSTON | FT. LAUDERDALE | HARTFORD | MADISON | NEW YORK | PROVIDENCE
STAMFORD | WASHINGTON DC | WEST PALM BEACH | WILMINGTON | LONDON

# EDWARDS ANGELL PALMER&DODGE LLP

One North Clematis Street  Suite 400   West Palm Beach, FL 33401   561.833.7700  *fax* 561.655.8719
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
Acct# 00-015-6917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
EAPD DUNS# 361207116

*Remittance Address*

P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
10823 F1ALL

Richard Kurtz
The Kamson Corporation
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

December 6, 2007

For Professional Services Rendered
51048/0010
Invoice # 1457459

Purchase 203 Via Vizcaya, Palm Beach, Florida

Research and attention to ownership of properties on plat; attention to needs required for achievement of waiver to title restrictions and to extinguishment of deed restrictions; assemble copies of Palm Beach County Property Appraiser information and aerial photographs of properties on the Plat of Via Vizcaya; action on plat of Via Vizcaya Addition; research regarding enforcement of setback restrictions agreement and drafting of waiver of restrictions; review title documents, plat and deed restrictions; attention to Purchase and Sale Contract (drafting, revisions and delivery); new drafting regarding Contract and Addendum to Agreement; research to obtain corporate information and proper signatories for corporate owners; prepare mailing labels for each property owner; attention to Contratct; ongoing attention to Contract and approaches to P.O'Kean acceptance of offer draft cover letter to neighbors regarding waiver of violations; attention to contract needs/issues; final revisions to agreement regarding waiver of restrictions; telephone conference with R. Kurtz regarding status of contract.

|  |  |
|---|---|
| Subtotal Fees | $10,475.05 |
| Discount Value | $-5,664.24 |
| Total Fees | $4,810.81 |

BOSTON | FT. LAUDERDALE | HARTFORD | MADISON | NEW YORK | PROVIDENCE
STAMFORD | WASHINGTON DC | WEST PALM BEACH | WILMINGTON | LONDON

Invoice # 1457459
51048/0010
December 6, 2007

Disbursements

| Date | Description | Amount |
|---|---|---|
| 11/01/07 | Computer Research /Westlaw - S. O'Dea | 179.43 |
| 11/05/07 | Voucher for courier service paid to Bonded Courier | 25.00 |
| | Voucher for courier service paid to Bonded Courier | 25.00 |
| 11/06/07 | Voucher for Petty Cash reimbursement for copies from Palm Beach County Clerk's office/J.Logsdon | 38.00 |
| | Voucher for title search paid to Attorneys' Title Insurance Fund, Inc./J.Logsdon | 100.00 |
| | Voucher for courier service paid to Bonded Courier | 25.00 |
| 11/07/07 | Voucher for copy service paid to DocuSolutions/G.Young | 6.95 |
| 11/08/07 | Voucher for consulting service paid to Robert Moore/G.Young | 125.00 |
| 11/09/07 | Voucher for courier service paid to Bonded Courier | 25.00 |
| 11/12/07 | Voucher for Petty Cash reimbursement for copy of plat from Palm Beach County Clerk's office/J.Logsdon | 5.00 |
| 11/30/07 | Voucher Cell phone charges 10/26/07-11/25/07 - GE Young | 18.19 |
| | Telephone, Telecopy and Postage | 209.53 |
| | Photocopies-West Palm Beach | 15.84 |

Subtotal Disbursements: $797.94

Total This Statement: $5,608.75

Unpaid Prior Balance: $12,667.53

Balance Due: $18,276.28

Invoice # 1457459
51048/0010
December 6, 2007

Timekeeper Summary 51048/0010

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| G. YOUNG | 10.70 | 485.00 | 5,189.50 |
| M. PASTOR | 10.55 | 245.00 | 2,584.75 |
| S. O'DEA | 2.20 | 200.00 | 440.00 |
| J. LOGSDON | 12.56 | 180.00 | 2,260.80 |
| Total all Timekeepers | 36.01 | | $10,475.05 |

| Unpaid Bills (Not Including This Statement) | | | |
|---|---|---|---|
| Date | Bill Invoice # | Total Billed | Outstanding Balance |
| 11/09/07 | 1448851 | $12,667.53 | 12,667.53 |
| *TOTALS* | | 12,667.53 | 12,667.53 |

Invoice # 1457459
51048/0010
December 6, 2007

## BILLING & PAYMENT HISTORY
For Period or 1 Year Previous

| DATE | TRANSACTION # | TYPE | AMOUNT |
|---|---|---|---|
| 11/09/07 | 1448851 | Bill | 12,667.53 |
| Balance For 1 Year Period | | | $12,667.53 |
| ***Total A/R Balance*** | | | **$12,667.53** |