# EDWARDS ANGELL PALMER & DODGE LLP

One North Clematis Street  Suite 400  West Palm Beach, FL 33401  561.833.7700  *fax* 561.655.8719
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI 02903
Acct# 00-015-6917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
EAPD DUNS# 361207116

*Remittance Address*

P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
10823 FIALL

Richard Kurtz
The Kamson Corporation
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

December 6, 2007

Kurtz Richard/Purchase 203 Via Vizcaya, Palm Beach, Florida
51048/0010
Invoice # 1457459

*Summary Page - Please refer to detail attached for further information.*

| | |
|---|---|
| Legal Services: | $10,475.05 |
| 25% Discount on Fees (for "Abandoned" Deal): | $-5,664.24 |
| Net Legal Services: | $4,810.81 |
| Disbursements: | $797.94 |
| Total Invoice: | $5,608.75 |
| Balance Due as of December 6, 2007: | $12,667.53 |
| Total Including This Invoice: | $18,276.28 |

*Bills for legal services, disbursements and charges are due within 30 days. Bills not paid within 30 days will be assessed a late payment charge equal to 1% per month until paid in full.*

BOSTON | FT. LAUDERDALE | HARTFORD | MADISON | NEW YORK | PROVIDENCE
STAMFORD | WASHINGTON DC | WEST PALM BEACH | WILMINGTON | LONDON



EXHIBIT B

# EDWARDS ANGELL PALMER&DODGE LLP

One North Clematis Street  Suite 400   West Palm Beach, FL  33401   561.833.7700  *fax* 561.655.8719
www.eapdlaw.com

# Invoice

*Wire Instructions:*
Bank of America
Westminster St., Providence, RI  02903
Acct# 00-015-6917009
ABA Wire Transfer # 026009593
ABA ACH Payment # 011500010

Swift Code: BOFAUS3N
EAPD DUNS# 361207116

*Remittance Address*

P.O. Box 40956
Hartford, CT 06150-0956

Fed. Id #05-0135015
10823 F1ALL

Richard Kurtz
The Kamson Corporation
270 Sylvan Avenue
Englewood Cliffs, NJ 07632

December 6, 2007

For Professional Services Rendered
51048/0010
Invoice # 1457459

Purchase 203 Via Vizcaya, Palm Beach, Florida

Research and attention to ownership of properties on plat; attention to needs required for achievement of waiver to title restrictions and to extinguishment of deed restrictions; assemble copies of Palm Beach County Property Appraiser information and aerial photographs of properties on the Plat of Via Vizcaya; action on plat of Via Vizcaya Addition; research regarding enforcement of setback restrictions agreement and drafting of waiver of restrictions; review title documents, plat and deed restrictions; attention to Purchase and Sale Contract (drafting, revisions and delivery); new drafting regarding Contract and Addendum to Agreement; research to obtain corporate information and proper signatories for corporate owners; prepare mailing labels for each property owner; attention to Contratct; ongoing attention to Contract and approaches to P.O'Kean acceptance of offer draft cover letter to neighbors regarding waiver of violations; attention to contract needs/issues; final revisions to agreement regarding waiver of restrictions; telephone conference with R. Kurtz regarding status of contract.

|  |  |
|---|---|
| Subtotal Fees | $10,475.05 |
| Discount Value | $-5,664.24 |
| Total Fees | $4,810.81 |

BOSTON | FT. LAUDERDALE | HARTFORD | MADISON | NEW YORK | PROVIDENCE
STAMFORD | WASHINGTON DC | WEST PALM BEACH | WILMINGTON | LONDON

Invoice # 1457459
51048/0010
December 6, 2007

Disbursements

| Date | Description | Amount |
|---|---|---|
| 11/01/07 | Computer Research /Westlaw - S. O'Dea | 179.43 |
| 11/05/07 | Voucher for courier service paid to Bonded Courier | 25.00 |
| | Voucher for courier service paid to Bonded Courier | 25.00 |
| 11/06/07 | Voucher for Petty Cash reimbursement for copies from Palm Beach County Clerk's office/J.Logsdon | 38.00 |
| | Voucher for title search paid to Attorneys' Title Insurance Fund, Inc./J.Logsdon | 100.00 |
| | Voucher for courier service paid to Bonded Courier | 25.00 |
| 11/07/07 | Voucher for copy service paid to DocuSolutions/G.Young | 6.95 |
| 11/08/07 | Voucher for consulting service paid to Robert Moore/G.Young | 125.00 |
| 11/09/07 | Voucher for courier service paid to Bonded Courier | 25.00 |
| 11/12/07 | Voucher for Petty Cash reimbursement for copy of plat from Palm Beach County Clerk's office/J.Logsdon | 5.00 |
| 11/30/07 | Voucher Cell phone charges 10/26/07-11/25/07 - GE Young | 18.19 |
| | Telephone, Telecopy and Postage | 209.53 |
| | Photocopies-West Palm Beach | 15.84 |

Subtotal Disbursements:  $797.94

Total This Statement:  $5,608.75

Unpaid Prior Balance:  $12,667.53

Balance Due:  $18,276.28

Invoice # 1457459
51048/0010
December 6, 2007

Timekeeper Summary 51048/0010

| TIMEKEEPER | HOURS WORKED | BILLED PER HOUR | AMOUNT |
|---|---|---|---|
| G. YOUNG | 10.70 | 485.00 | 5,189.50 |
| M. PASTOR | 10.55 | 245.00 | 2,584.75 |
| S. O'DEA | 2.20 | 200.00 | 440.00 |
| J. LOGSDON | 12.56 | 180.00 | 2,260.80 |
| Total all Timekeepers | 36.01 | | $10,475.05 |

| Unpaid Bills (Not Including This Statement) | | | |
|---|---|---|---|
| Date | Bill Invoice # | Total Billed | Outstanding Balance |
| 11/09/07 | 1448851 | $12,667.53 | 12,667.53 |
| *TOTALS* | | 12,667.53 | 12,667.53 |

BOSTON | FT. LAUDERDALE | HARTFORD | MADISON | NEW YORK | PROVIDENCE
STAMFORD | WASHINGTON DC | WEST PALM BEACH | WILMINGTON | LONDON

Invoice # 1457459
51048/0010
December 6, 2007

### BILLING & PAYMENT HISTORY
For Period or 1 Year Previous

| DATE | TRANSACTION # | TYPE | AMOUNT |
|---|---|---|---|
| 11/09/07 | 1448851 | Bill | 12,667.53 |
| Balance For 1 Year Period | | | $12,667.53 |
| *Total A/R Balance* | | | $12,667.53 |