UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-80355-CIV-HURLEY/HOPKINS

RICHARD KURTZ, a New Jersey
resident,

       Plaintiff,

v.

GREGORY E. YOUNG, individually;
G.E. YOUNG, P.A., a Florida corporation;
EDWARDS, ANGELL, PALMER &
DODGE, LLP, a Delaware limited liability
partnership; and RENNER, BURGESS, INC.,
a Florida corporation,

       Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, RICHARD KURTZ, by and through his undersigned counsel, and pursuant to Rule 41 of the Federal Rules Civil Procedure, files this Notice of Voluntary Dismissal with Prejudice of his claims against the Defendants, GREGORY E. YOUNG, individually and G.E. YOUNG, P.A., a Florida corporation.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Electronic and U.S. Mail on this 7th day of January, 2010 to: David P. Ackerman, Esq., 222 Lakeview Avenue, Suite 1250, West Palm Beach, FL 33401.

                                            GRANER & HEIMOVICS, P.A.

                                            By: _____
                                                 Thomas U. Graner (905577)
                                                 tom@gh-law.net
                                                 399 W. Palmetto Park Road, Ste 100
                                                 Boca Raton, Florida 33432
                                                 (561) 750-2445 Telephone
                                                 (561) 750-2446 Facsimile