UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-80355-CIV-HURLEY/HOPKINS

RICHARD KURTZ, a New Jersey
resident,

        Plaintiff,

v.

GREGORY E. YOUNG, individually;
G.E. YOUNG, P.A., a Florida corporation;
EDWARDS, ANGELL, PALMER &
DODGE, LLP, a Delaware limited liability
partnership; and RENNER, BURGESS, INC.,
a Florida corporation,

        Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

**COMES NOW THE PARTIES**, Plaintiff, RICHARD KURTZ, by and through his undersigned counsel, and Defendants, EDWARDS, ANGELL, PALMER & DODGE, LLP (hereinafter "EAPD"), by and through their undersigned counsel, and hereby each stipulate the voluntary dismissal, with prejudice, of all claims asserted by Plaintiff and all counterclaims asserted by Defendant, EAPD, in connection with this action, with each party to bear its own attorneys' fees and costs.

| **GRANER & HEIMOVICS, P.A.** | **ACKERMAN, LINK & SARTORY, P.A.** |
|---|---|
| By: _____ <br> Thomas U. Graner, Esq. <br> Florida Bar No. 905577 <br> Graner & Heimovics, P.A. <br> 399 W. Palmetto Park Road, Suite 100 <br> Boca Raton, FL 33432 <br> (561) 750-2445 Telephone <br> (561) 750-2446 Facsimile <br> *Attorney for Plaintiff* | By: _____ <br> David P. Ackerman, Esq. <br> Florida Bar No. 374350 <br> Ackerman, Link & Sartory, P.A. <br> 222 Lakeview Avenue, Suite 1250 <br> West Palm Beach, FL 33401 <br> (561) 838-4100 Telephone <br> (561) 838-5305 Facsimile <br> *Attorney for Defendants, EAPD* |