UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 08-80355-CIV-HURLEY/HOPKINS

RICHARD KURTZ, a New Jersey
resident,

        Plaintiff,

v.

GREGORY E. YOUNG, individually;
G.E. YOUNG, P.A., a Florida corporation;
EDWARDS, ANGELL, PALMER &
DODGE, LLP, a Delaware limited liability
partnership; and RENNER, BURGESS, INC.,
a Florida corporation,

        Defendants.
_____/

## ORDER ADOPTING JOINT STIPULATION OF DISMISSAL

THIS CAUSE came before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice of the parties' respective claims, and the Court, having considered the Joint Stipulation, having reviewed the file, and being otherwise duly advised, hereby:

ORDERS, ADJUDGES AND APPROVES that this matter is hereby dismissed, including all claims and counterclaims, with each party to bear their own attorneys' fees and costs associated with this action. This Court shall retain jurisdiction over this matter, including any terms of settlement.

DONE AND ORDERED in Chambers in West Palm Beach, Florida, this _12_ day of _January_, 2010.

                                                               DANIEL T.K. HURLEY
                                                              UNITED STATES DISTRICT JUDGE